UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 18-361-JFW**                                              Dated: February 25, 2019

===============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Alexis Danielle Gregorian |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | present |

Interpreter: None

===============================================================================
U.S.A. vs (Dfts listed below)                      Attorneys for Defendants

1)   Tamar Tatarian [76526-112]]            1)   Mark J. Geragos
     present on bond                                  Setara Qassim
                                                               present - retained

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant. For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO, PSA, USM